```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
            FILED
        NOV 14 2006
JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARK ANTHONY JONES, ) | |
|    Plaintiff, ) | Civil Action No. 7:06-cv-00648 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| VA DOC, et. al., ) | By: Hon. James C. Turk |
|    Defendant(s). ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 14th day of November, 2006.

                                                      _/s/ James C. Turk_
                                                    Senior United States District Judge